

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00597-CR

Amanda Nicole **LAWSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8173
Honorable Stephanie R. Boyd, Judge Presiding

Opinion by:     Lori Massey Brissette, Justice

Sitting:          Irene Rios, Justice
                 Lori Massey Brissette, Justice
                 Adrian A. Spears II, Justice

Delivered and Filed: October 1, 2025

AFFIRMED; MOTION TO WITHDRAW GRANTED

On November 14, 2019, Appellant Amanda Nicole Lawson pleaded nolo contendere to unauthorized use of a vehicle pursuant to Texas Penal Code Section 31.07. TEX. PEN. CODE § 31.07. The trial court issued an order of deferred adjudication, placed Lawson on community supervision for four years, and ordered her to pay a fine of $500. On November 8, 2022, the State filed a motion for adjudication of guilt, alleging Lawson violated conditions of her community supervision, including the unauthorized use of a vehicle and the failure to report to her supervision

officer.[1] At the hearing on the State's motion, Lawson entered a plea of "true" to failing to report to her supervision officer. The trial court revoked Lawson's community supervision, adjudicated her guilty, and sentenced her to sixteen months' confinement with the Texas Department of Criminal Justice—State Jail Division. Lawson now appeals.

Lawson's court-appointed appellate attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967), arguing this appeal is frivolous and without merit. Counsel also moved to withdraw.[2] Counsel's motion complies with the requirements of *Kelly* in that it certifies to this court that counsel sent copies of the motion to withdraw and brief to Lawson and informed her of her rights to review the record and to file her own brief. *See Kelly v. State*, 436 S.W.3d 313 (2014); *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel also provided her with a form motion to access the appellate record. Lawson did not request the record and did not file a pro se brief. The State elected not to file a brief either.

After thoroughly reviewing the record and appellant's brief, we agree that the appeal is frivolous and without merit. *See Anders*, 386 U.S. at 744; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005); *Nichols*, 954 S.W.2d at 86. The trial court's judgment is affirmed and counsel's amended motion to withdraw is granted. *See Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1.

Lori Massey Brissette, Justice

DO NOT PUBLISH

---

[1] This was the State's third motion to enter adjudication of guilt.

[2] On February 19, 2025, counsel filed an amended motion to withdraw complying with the requirements of *Anders* and *Kelly*. *See Kelly*, 436 S.W.3d at 319–20; *Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no pet.). All references in this opinion are to the amended motion to withdraw.